# Court of Appeals
# of the State of Georgia

ATLANTA, __July 21, 2014__

*The Court of Appeals hereby passes the following order:*

**A14A1289. A14A1290. CARTER v. JP MORGAN CHASE BANK, N.A. et. al.**

These appeals were docketed on March 14, 2014, and appellant's briefs were due April 3, 2014. Appellant Harriet Carter did not file an enumeration of error or brief within 20 days of the docketing of the appeal as directed, and, although granted an extension of time in which to do so until April 23, 2014, as the date of this order has not filed an enumeration of error and brief in either appeal.

Accordingly, the appeals are DISMISSED in accordance with Court of Appeals Rules 7 and 23 (a).

Appellant's motion to consolidate is MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/21/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*